IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM T. HOLLIDAY,

    Plaintiff,

v.        4:10cv264-WS

WARDEN TOMLINSON,

    Defendant.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed June 30, 2010. The magistrate judge recommends that this case be dismissed without prejudice because the plaintiff is not entitled to proceed without payment of the filing fee pursuant to 28 U.S.C. § 1915(g). The plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this case are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

3.  The Clerk shall enter judgment accordingly.

DONE AND ORDERED this  13th  day of  September , 2010.

<div style="margin-left:auto">

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

</div>